**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6642**

ROBERT CRAIG BARBEE,

Plaintiff - Appellant,

v.

MUNICIPALITY OF CABARRUS COUNTY; ROXANN VANEEKHOVEN,
District Attorney; CONCORD POLICE DEPARTMENT; PATRICK
MCCLASKEY; PATRICK TIERNEY; NORTH CAROLINA DEPARTMENT OF
PUBLIC SAFETY,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. Thomas D. Schroeder,
District Judge. (1:16-cv-00194-TDS-LPA)

Submitted: October 18, 2016           Decided: October 20, 2016

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Craig Barbee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Craig Barbee appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Barbee v. Municipality of Cabarrus Cty., No. 1:16-cv-00194-TDS-LPA (M.D.N.C. Apr. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED